SDNY PRO SE OFFICE

2019 JUN 11   PM 12: 38

S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASIMIR P. GRIFFIN

**19 CV 5447**

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

GOOGLE; AMAZON; JEFF BEZOS; FACE
BOOK; INSTAGRAM; LINKEDIN; TAMMY
JERNIGAN; HENRY H. CAMBELL,
all in both their official and individual
capacities; Jane and John DOE(s) 1-50, (inclusive)
all in their official and individual capacities;
All UNKNOWN ENTITIES, all jointly
and severally,
defendants.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes     ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore not contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include only: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☒ Other: fraud, conspiracy, copyright infringement, breach of contract,

## II. PLAINTIFF INFORMATION abuse of process, wire fraud, mail fraud,

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Casimir__ __P.__ __Griffin__
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__2019-01782__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Orange County Jail__
Current Place of Detention

__℅ 110 Wells Farm Road__
Institutional Address

__Goshen__                    __New York__                    __10924__
County, City                        State                        Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   **FACEBOOK, d.b.a. FACEBOOK AND FRIENDS, (et al.)**
First Name                    Last Name                    Shield #

**PERSONS, CORPORATION(s), L.L.C's, Entities**
Current Job Title (or other identifying information)

**1 Hacker Way**
Current Work Address

**Menlo Park,        CA        94025**
County, City                    State                    Zip Code

Defendant 2:   **AMAZON, d.b.a. KINDLE, (et al), JEFF BEZOS**
First Name                    Last Name                    Shield #

**PERSONS/CORPORATIONS, Entities**
Current Job Title (or other identifying information)

**410 Terry Avenue North**
Current Work Address

**Seattle        WA        98109**
County, City                    State                    Zip Code

Defendant 3:   **TAMMY JERNIGAN, d.b.a. CREATIVE INSPIRATION PUBLISHING**
First Name                    Last Name                    Shield #

**PERSON**
Current Job Title (or other identifying information)

**412 Southeast Street**
Current Work Address

**Kingsland, GA        31584**
County, City                    State                    Zip Code

Defendant 4:   **HENRY H. CAMBELL, d.b.a. HARD DRIVE PUBLISHING IMPRINT**
First Name                    Last Name                    Shield #

**PERSON, ENTITY, LEGAL FICTION**
Current Job Title (or other identifying information)

**c/o 412 Southeast**
Current Work Address

**Atlanta Kingsland,    GA        31584**
County, City                    State                    Zip Code
**(Kingsland)**

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 5    GOOGLE
First Name _____ Last Name _____ Shield # _____

Person/CORPORATION, Entity
Current Job Title (or other identifying information)

1600 Amphitheatre Parkway
Current Work Address

Mountainview    ,    CA          94043
County, City                    State          Zip Code

Defendant 6    JOHN AND JANE DOES, 1-50
First Name _____ Last Name _____ Shield # _____

Board members, officers of defendants, supra/infra
Current Job Title (or other identifying information)

Same or known to defendants, all defendants
Current Work Address

both known & unknown.
County, City                    State          Zip Code

Defendant 7.    ALL UNKNOW ENTITIES
First Name _____ Last Name _____ Shield # _____

Corporations, LLC's, or Persons
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State          Zip Code

Defendant 8    INSTAGRAM
First Name _____ Last Name _____ Shield # _____

PERSON, Corporation/L.L.C./ Entity
Current Job Title (or other identifying information)

1 Hacker Way
Current Work Address

Menlo Park    CA          94025
County, City                    State          Zip Code

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1    **LINKEDIN**
First Name                    Last Name                    Shield #

**Person, LLC, Corporation, Entity**
Current Job Title (or other identifying information)

**605 West Maude Avenue**
Current Work Address

**Sunnyvale**                **CA**                **94085**
County, City                    State                    Zip Code

Defendant 2:
First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                    State                    Zip Code

Defendant 3:
First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                    State                    Zip Code

Defendant 4:
First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                    State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: <u>Interstate Commerce, U.S.A.</u>

Date(s) of occurrence: <u>2016 and ongoing until present.</u>

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Beginning 2016 I was introduced to a publisher named TAMMY JERNIGAN, by and through FACEBOOK, a system in interstate commerce via FACEBOOK FRIEND'S. Tammy and I soon became to talk back and forth about a possible publishing contract. The First contract, hereby incorporated by reference, consisted of a five (5) book publishing deal with both Tammy and her partner HENREY H. CAMBELL claiming to own HARDDRIVE PUBLISHING IMPRINT out of Atlanta, GA. — We all three (3) negotiated back and forth and I ended up signing a 5 book contract and sending them three (3) books up front, two (2) via email, and one (1) by mail to a physical address given to me by Tammy Jernigan for her CREATIVE INSPIRATION'S IMPRINT. Books 1 and 2, the emailed books were called/titled: "ROCKABYE BABY parts 1 & 2", using GOOGLE's gmail.

I also was asked to do a book cover after I'd signed the contract by both JERNIGAN and CAMBELL, which I did and a few days later for promotional purpose's I put (posted) it on FACEBOOK and INSTAGRAM where all 4,482 friends could see it. These were all my own people.

My first contract stated I was to give them a manuscript,

every six (6) months (the release of the manuscript being after a book was released) until all five (5) books (until they received all five (5)). My contract also stated the first book I wrote was to be released in 2018.

I next learned that Ms. Tammy JERNIGAN posted on FACE-Book that she released two (2) other books before my book. When I questioned her, Ms. JERNIGAN told me she had decided to re-edit my book to make sure things were the best as they could be. A few weeks past and I was told the editing was done and that later that evening I'd receive a copy of the edited version. After two (2) days I'd received nothing so I called her. Ms. JERNIGAN then told me it was sent back to her mailing address because someone failed to pick it up and she would re-send it I would pay her for the postage.

This action set off a warning in my head so I began to investigate. I learned Ms. JERNIGAN and Mr. CAMBELL were extremely new to the publishing business and that "HARD DRIVE PUBLISHING" did not exist. — I immediately called JERNIGAN and told her. She became very rude and argumentative about me discovering her partners' so-called company did not exist. We agreed she would not publish any of my books and she would mail me back everything I had sent her and erase all a copies of my manuscripts from both her files and her computer's hard drive.

I was shortly after that ordered to serve some time for a federal probation violation of nine (9) months and a six (6) month rehab/drug program. While incarcerated I was able to get in contact with Ms. JERNIGAN in some phone conversations and she agreed Henry H. CAMBELL was suspect and she no

longer delt with him as a partner in business and that the contract we all signed was invalid (self-evident it was/is void for fraud), as his company did not exist and she was still getting her company started. During the phone conversation with Ms. JERNIGAN we spoke of my manuscripts and why they weren't mailed back to me at my home address. She then told me she had invested too much into the book(s) to just walk away and if I wanted my manuscript back I pay her, plus for two (2) covers as she had made another cover, plus for two edited version's of the book, which to this day I have not ever seen, and she added even if I paid her for everything, covers, editing in full all money back the only copies I would get is the marked over manuscript, which I had sent to her.

I began to question Ms. Tammy JERNIGAN's motives warning her I had copyrighted all of my works I had sent to her. She got mad and told me to call her back with a good address that she can send the manuscripts to, then said we were done. Several weeks later after her constantly refusing my calls I got her on 3-way with my sister whom recorded the conversation for safe keeping. She accused me of giving her some kind of minor attack, and said once I was released she would mail my work(s) to my home and everything would be final.

Thirty (30) days later, on 1-3-19, I got released. I immediately got in touch with Ms. JERNIGAN. Upon speaking with her, she refused to walk away from the situation without publishing the book, stating she had wasted all she had on the project, it was ready to be released on AMAZON. She kept refusing to send the manuscripts, so she again

emailed me a new contract via Google. On or about January 10, 2018 I signed the new contract and mailed it back to JERNIGAN's home address in Atlanta, GA using the name "CREATIVE INSPIRATION PUBLISHING" as the company name.

On May 18, 2018 PROJECT MAYHEM by Kesh Gyann I was released on Amazon's Kindle by TAM JERNIGAN with ASIN# BOTB 3X BGCV.

Then on July 6, 2018 PROJECT MAYHEM was released in paperback on AMAZON. It's been nearly one (1) year since the release of both versions of the book I wrote on AMAZON and on other sites I don't know about, yet I have not received a single payout. I own the copyrights and did the labor, work and the signed contract called for a 50/50 split do to JERNIGAN claiming the use of her pesonal funds. When asked her about my half Ms. JERNIGAN said she was going to send my money to a Pay-Pal account signed up for and would send the information.

I next learned there was no funds in my Pay-Pal account. On talking to her she grew cocky with me and told me to take her to court. She claimed because she had to promote the book by herself as I had been incarcerated she is entitled to all the funds for her promotion work on the book. This though no such wording is found in the contract. She now insists she won't pay me any funds for any of my book sales unless she is 100% sure that the sales generated are from my promotions of the book, hence I am being defrauded and funds a being stolen from me by Tammy JERIGAN and other

defendants all acting in concert under color of state and federal law. Both internet (wire fraud 18 USCS     ) and mail fraud 18 U.S.C. §     ) are used in the conspiracy, which operates in interstate commerce.

Defendants failed to secure my first amendment and constitutional rights, failed to properly hire, train and supervise employees whom acted in commerce to deprive me. No screening took place by GOOGLE, AMAZON, INSTAGRAM, LINKEDIN, el al. to even see if it's clients were legal entities, hence I've lost everything, as they acted in concert (conspiracy) under color of state, including but not limited to conspiracy, fraud, copyright infringement, breach of contract, abuse of process, wire fraud, mail fraud, bank fraud, negligence, strict liability, breach of duty, slander, liebel, defamation, First Amendment deprivation, trespass to property, unreasonable mental and emotional distress, bad faith, negligent policies and hiring, mental anguish.

In many instances these persons and/or entities acts were both willful and wanton as if by design. I now suffer from infliction of emotional distress by and through the action(s) and/or inactions of the defendants.

While I don't have the contract(s) to attach do to my current incarceration I will before trial submit them and hereby incorporated them into this instrument by reference. — It is wholly unreasonable defendants benefit from years of my labor, talent, time, efforts; when for all of this I have gotten nothing but years of expenses.

## MOTION FOR SUMMARY JUDGMENT:

Plaintiff executes this instrument under 28 U.S.C. § 1746(i), and moves herein for summary judgment. The foregoing and following material facts are not in dispute and Plaintiff is entitled to judgment as a matter of Law. [for reference see: Chalmers v. City of Los Angeles, 762 F. 2d 753, 761 (9th Cir. 1985) (A victims testimony (affidavit) alone is sufficient bases for which to award compensatory damages for emotional pain and suffering]; also were under U.S.C.A. Const. Amend 7, common law is binding here.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Abuses have cost my great damages mentally, financially, socially and pain, mental suffering, distress, damage to my reputation, mental anguish, defamation, humiliation, fraud, deceit, trickery, trespass and unauthorized use of my property, unreasonable mental and emotional distress, first amendment deprivation, interferance of contractual rights, et al.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages of Five Million Dollars ($5,000,000.—) (U.S.D.); Special Damages in Amount determined by proof at trial by jury; General Damages in Amount determined by proof at trial by jury; For Punative Damages as allowed by claim or jury of Ten Million (or more) Dollars ($10,000,000.00) (U.S.D.); For restitution as allowed by law; For attorney fees and cost of action, including under "private attorney general doctrine"; for all court costs including bonds, CRIS securitization, U.S.M. costs; for Qui Tam action fees to pay on national debt pursuant to 31 U.S.C. § 3113, and any taxes owed on funds paid here from per 26 U.S.C. § 165 et seq.; thank you.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

June 5, 2019
Dated

Plaintiff's Signature [28 U.S.C. § 1746(1)]

Casimir          P.          Griffin
First Name          Middle Initial          Last Name

℅ 110 Wells Farm Road
Prison Address

Goshen                    New York          10924
County, City                    State          Zip Code

\* Date on which I am delivering this complaint to prison authorities for mailing: 6-6-2019

\* Mail Box Rule

Casimir P. Griffin
ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

LEGAL MAIL

JSWP
SDNY

Clerk, United States District Court
500 Pearl Street - U.S. Courthouse
Southern District of New York
New York, New York [10007]

RECEIVED
SDNY PRO SE OFFICE

2019 JUN 14 PM 12:08

10007-131608

2019 JUN 10 PM 2:25

FOREVER / USA
FOREVER / USA