FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:45 am, Dec 09, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CASIMIR P. GRIFFIN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-132 |
| | * | |
| v. | * | |
| | * | |
| GOOGLE, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 10.  No party to this action filed Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's: copyright infringement claim against Defendant Cambell; claims against Defendants Facebook, Amazon, Google, Instagram, LinkedIn, Jeff Bezos, and John and Jane Doe(s); First Amendment, "constitutional rights," abuse of process, mail fraud, wire fraud, bank fraud, strict liability, slander, libel, and defamation claims against all Defendants; and claims for "qui tam action fees" and "taxes owed" under 26

U.S.C. § 165. In addition, the Court **DENIES** Plaintiff's Motion for Summary Judgment. Plaintiff's copyright infringement claim against Defendant Jernigan and breach of contract, fraud, conspiracy, negligence, and "trespass to property" claims against Defendants Cambell and Jernigan remain pending. Dkt. No. 11.

    **SO ORDERED**, this ___9___ day of ___December___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA