# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CASIMIR GRIFFIN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-132 |
| v. | * | |
| TAMMY JERNIGAN; and HENRY H. CAMBELL, | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 28. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES without prejudice** Plaintiff's claims against Defendant Cambell. Plaintiff's claims against Defendant Jernigan shall remain pending.

**SO ORDERED**, this 2 day of June, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)